# United States District Court
# Central District of California

| | |
|---|---|
| ALEJANDRA GARCIA, <br>     Plaintiffs, <br> v. <br> NRI USA, LLC; DECTON INC.; DECTON SOUTHWEST INC.; DECTON HR INC.; DECTON CORPORATE SERVICES INC.; AND DOES 1 THROUGH 50 inclusive, <br>     Defendants. | Case No. 2:17-cv-08355-ODW(GJSx) <br><br> **ORDER TO SHOW CAUSE** |

In light of the Joint Report RE: Order to Show Cause (ECF No. 75), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by December 12, 2019**, why settlement has not been finalized. The Court also requires a joint status report on the Plaintiff's Motion for Preliminary Approval by **November 14, 2019**. No hearing will be held. The Court will discharge this Order upon the filing of a

dismissal that complies with Federal Rule of Civil Procedure 41. The Order to Show Cause for Failure to Prosecute (EFC No. 74) is hereby discharged.

**IT IS SO ORDERED.**

September 19, 2019

_____
           **OTIS D. WRIGHT, II**
     **UNITED STATES DISTRICT JUDGE**